PROB 12
(Rev 02/94)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Criminal Action No. 1:98CR-00041-001 |
| Christopher Raymond, | ) ) ) |
| Defendant. | ) |

### Petition on Probation and Supervised Release

COMES NOW <u>Craig H. Carpenter</u> Probation Officer of the Court presenting an official report upon the conduct and attitude of <u>Christopher Raymond</u>, who was placed on supervision by the Honorable <u>Murray M. Schwartz</u>, sitting in the court at <u>Wilmington, DE</u> on the <u>10th</u> day of <u>December 1998</u>, who fixed the period of supervision at <u>five (5) years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

**Please See Attached**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

The U.S. Probation Offcie (DE) recommends the conditions of supervised release be modified for treatment and supervision purposes. The defendant has requested a transfer of supervision to Tennessee. The Middle District of Tennessee has agreed to the relocation of supervision, only if the defendant agrees to the recommended conditions contained in this document. The defendant has signed a waiver to modify the conditions of supervision, in order to move to Tennessee. The government has no objection to the modification. The proposed changes will assist both the defendant and the community.

**PRAYING THAT THE COURT WILL ORDER** ...a modification of the original conditions of supervised release, as outlined and contained in this document.

| ORDER OF COURT | I declare under penalty of perjury the foregoing is true and correct, |
|---|---|
| So ordered this 5th day of June 2007. | |
| U. S. District Judge | Senior U.S. Probation Officer |
| | Executed on    May 30, 2007 |
| | Place    Wilmington, DE |

Page 2
RE: Christopher Raymond
Petition to Modify Conditions
May 30, 2007

### Special Conditions of Supervised Release

1. The defendant shall provided the probation officer with financial information
2. The defendant shall shall participate in a substance abuse program which may include testing, at the direction and discretion of the probation officer.
3. The defendant shall make restitution (joint and several) to Fleet Bank in the amount of $3,107 and to the Beneficial National Bank in the amount of $4,275.00.
4. The defendant shall have no contact with children under the age of 18 without responsible adult supervision, pre-approved by the U.S. Probation Office. Furthermore the U.S. Probation Office is authorized to notify police agencies of this restriction and the result of the psychosexual evaluation.

### The Proposed Conditions to Modify (add) are as follows:

1(a) The defendant shall participate in sex offender assessment and treatment, including but not limited to polygraph/plethysmograph examinations recommended by the treatment provider and/or directed by the probation officer. The defendant shall contribute to the cost as determined by the U.S. Probation Officer.
2(a) The defendant shall not consume any alcoholic beverages.
3(a) The defendant's residence and employment shall be pre-approved by the probation officer.
4(a) The defendant shall not associate with children who appear to be under the age of 18 nor frequent, volunteer, or work at places where children congregate (e.g. playgrounds, parks, malls, day-care centers, or schools) unless approved by the probation officer. The defendant shall have no contact with victims.
5. The defendant shall not possess, view, listen to, or go to locations where any form of pornography, sexually stimulating material, or sexually oriented material is available. The defendant shall not possess or use a device capable of creating pictures or video.
6. The defendant shall not rent or use a post office box or storage facility.
7. The defendant shall submit his or her person, and any property, house, residence, vehicle, papers, computer, other electronic communication or date storage devices or media, and effects to search at any time, with or without a warrant, by any law enforcement officer or probation officer with reasonable suspicion concerning a violation of a condition of probation, supervised release, or unlawful conduct by the person, and by any probation officer in the lawful discharge of the officer's supervision functions.
8. The defendant shall provide the U.S. Probation Office assess to any financial information.
9. The defendant shall participate in a program of drug testing and substance abuse treatment which may include a 30-day inpatient treatment program followed by a 90 days in a community correction center at the direction of the probation officer.

Page 3
RE: Christopher Raymond
Petition to Modify Condtions
May 30, 2007

10.      The defendant shall pay restitution to the victim(s) identified in the presentence report in an amount totaling $7,382.00. Payments shall be submitted to the Clerk, U.S. District Court. Should there be an unpaid balance when supervision commences, the defendant shall pay the remaining restitution at a minimum monthly rate of 10 percent of the defendant's monthly gross monthly income. Pursuant to 18 U.S.C. § 3664(k), the defendant shall notify the Court and United States Attorney of any material change in economic circumstances that might affect ability to pay. Restitution will be joint and several with Alvin Robinson and Matthew Entzminger.

11.      The defendant shall reside at a Community Corrections Center for a period of up to 180 days as directed by the U.S. Probation Officer.