MAY-21-2007 09:56A FROM:FMC LEXINGTO
Fax from : 3025736658
TO:913025736658    P.2
05-15-07 13:18    Pg: 2

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF DELAWARE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1.  The defendant shall participate in sex offender assessment and treatment, including but not limited to polygraph/plethysmograph examinations recommended by the treatment provider and/or directed by the probation officer. The defendant shall contribute to the cost as determined by the U.S. Probation Officer.
2.  The defendant shall not consume any alcoholic beverages.
3.  The defendant's residence and employment shall be pre-approved by the probation officer.
4.  The defendant shall not associate with children who appear to be under the age of 18 nor frequent, volunteer, or work at places where children congregate (e.g. playgrounds, parks, malls, day-care centers, or schools) unless approved by the probation officer. The defendant shall have no contact with victims.
5.  The defendant shall not possess, view, listen to, or go to locations where any form of pornography, sexually stimulating material, or sexually oriented material is available. The defendant shall not possess or use a device capable of creating pictures or video.
6.  The defendant shall not rent or use a post office box or storage facility.
7.  The defendant shall submit his or her person, and any property, house, residence, vehicle, papers, computer, other electronic communication or date storage devices or media, and effects to search at any time, with or without a warrant, by any law enforcement officer or probation officer with reasonable suspicion concerning a violation of a condition of probation, supervised release, or unlawful conduct by the person, and by any probation officer in the lawful discharge of the officer's supervision functions.
8.  The defendant shall provide the U.S. Probation Office assess to any financial information.
9.  The defendant shall participate in a program of drug testing and substance abuse treatment which may include a 30-day inpatient treatment program followed by a 90 days in a community correction center at the direction of the probation officer.

Page 2
RE: Raymond, Christopher
Reg. No: 04049-015
Dkt. No: 1:98-CR-41-001-SLR
May 15, 2007

10.    The defendant shall pay restitution to the victim(s) identified in the presentence report in
       an amount totaling $7,382.00. Payments shall be submitted to the Clerk, U.S. District
       Court. Should there be an unpaid balance when supervision commences, the defendant
       shall pay the remaining restitution at a minimum monthly rate of 10 percent of the
       defendant's monthly gross monthly income. Pursuant to 18 U.S.C. § 3664(k), the
       defendant shall notify the Court and United States Attorney of any material change in
       economic circumstances that might affect ability to pay. Restitution will be joint and
       several with Alvin Robinson and Matthew Entzminger.
11.    The defendant shall reside at a Community Corrections Center for a period of up to 180
       days as directed by the U.S. Probation Officer.

Witness: _____        Signed: _____
         Marion "Nicole" Johnson                   Probationer or Supervised Releasee
         Case Mgr. FMC Lexington, KY               Christopher Raymond

                      _____05- 17 · 07_____
                              DATE